UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

NATIONAL AMERICAN INSURANCE CO     CIVIL ACTION NO. 21-cv-280

VERSUS     JUDGE DONALD E. WALTER

TYGR OPERATING CO, LLC     MAGISTRATE JUDGE HORNSBY

**MEMORANDUM ORDER**

National American Insurance Co. filed this civil action for declaratory judgment against TYGR Operating Co., LLC based on an assertion of diversity jurisdiction, which puts the burden on National American to set forth specific facts that show complete diversity of citizenship of the parties and an amount in controversy over $75,000. National American alleges that it is incorporated in Oklahoma with its principal place of business in Oklahoma. Those allegations are sufficient with respect to National American's citizenship, and the required amount in controversy is also adequately alleged.

The complaint alleges that TYGR is "a Louisiana limited liability company" and that "all of its members are citizens of Louisiana." That general allegation is not sufficient. "A party seeking to establish diversity jurisdiction must specifically allege the citizenship of every member of every LLC or partnership involved in a litigation." Settlement Funding, L.L.C. v. Rapid Settlements, Ltd., 851 F.3d 530, 536 (5th Cir. 2017).

Counsel for Plaintiff must ensure that a filing is made in the record that specifically identifies each member of TYGR, along with any members of those members, through all layers of the organization. The information may be filed in an amended complaint or in

TYGR's answer. No deadline will be set for the filing at this time, but the citizenship information must be filed into the record before the case can progress to a scheduling order.

THUS DONE AND SIGNED in Shreveport, Louisiana, this 5th day of February, 2021.

Mark L. Hornsby
U.S. Magistrate Judge